**United States Bankruptcy Court**
**Middle District of Florida**

In re   **Christopher Russell Newnham**                                                       Case No. _____
                                          Debtor(s)                                           Chapter   **7**

# DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, _____**Christopher Russell Newnham**_____, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
**Christopher Russell Newnham**
Signature of Debtor
or other declarant

Verified Document(s):

| Description | Date Executed | Date Filed |
|---|---|---|
| **Voluntary Petition, Declaration Concerning Debtor's Schedules, Verification of Creditor Matrix, Form 7, Form 8, Form 21** | May 26, 2005 | May 26, 2005 |