NEWNHAFL0009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

IN RE: CHRIS NEWNHAM         :   CHAPTER: 7
                             :
                             :
                             :   BANKRUPTCY NO: 3:05-06290-JAF

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

```
American Express Centurion Bank
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701
```

By:  /s/Gilbert B. Weisman
     _____
     Gilbert B. Weisman, Esquire, PA59872
     Becket and Lee LLP, Attorneys/Agent
     P.O. BOX 3001
     MALVERN, PA  19355-0701
     PHONE:   (610) 644-7800
     FAX  :   (610) 993-8493
     EMAIL:   notices@becket-lee.com

     DATE: September 19, 2005

PET: 06/13/2005

OPT