Form B18 (Official Form 18)(12/03)

# United States Bankruptcy Court
### Middle District of Florida

Case No. 3:05–bk–06290–JAF
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Christopher Russell Newnham
   7990 Baymeadows Road East, #721
   Jacksonville, FL 32256

Social Security No.:
   xxx–xx–9385

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____

Dated: September 21, 2005
   Jerry A. Funk
   United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: crisoe              Page 1 of 1              Date Rcvd: Sep 21, 2005
Case: 05-06290                  Form ID: B18              Total Served: 14


The following entities were served by first class mail on Sep 23, 2005.
db         +Christopher Russell Newnham,    7990 Baymeadows Road East, #721,    Jacksonville, FL 32256-2971
aty        +Joseph C. Miller,    Miller & Cooper, P.A.,    13400 Sutton Park Dr. S., #1102,
             Jacksonville, FL 32224-0235
tr          Robert Altman,    PO Box 922,    Palatka, FL  321780922
11662059    American Express,    P.O. Box 7871,    Fort Lauderdale, FL 33329
11662062   +Comcast Cable,    14001 N. Dallas Parkway,    Suite 1050,    Dallas, TX 75240-4346
11662063   +Gulf Coast Collection,    3621 Webber Street,    Sarasota, FL 34232-4412
11662064   +Ideal Collections,    P.O. Box 272407,    Tampa, FL 33688-2407
11662065   +Merchants Association,    134 S. Tampa Street,    Tampa, FL 33602-5396
11662066   +Microsoft Corporation,    c/o Preston Gates & Ellis, L,    925 Fourth Avenue,    Suite 3900,
             Seattle, WA 98104-1113
11662067   +NCO Financial,    P.O. Box 585,    Ramsey, NJ 07446-0585
11662068   +Palisades Collections,    2425 Commerce Avenue,    Duluth, GA 30096-8913

The following entities were served by electronic transmission on Sep 22, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Sep 22 2005 01:49:40     United States Trustee - JAX7,
             135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
12067884    EDI: BECKLEE.COM Sep 21 2005 22:37:00      American Express Centurion Bank,    c/o Becket and Lee, LLP,
             P.O. Box 3001,    Malvern, PA 19355-0701
11662061   +EDI: CAPITALONE.COM Sep 21 2005 22:37:00      Capital One,    11013 W. Broad St.,
             Glan Allen, VA 23060-5937
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11662060*   American Express,    P.O. Box 7871,    Fort Lauderdale, FL 33329
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2005**                    **Signature:**   *Joseph Speetjens*