[3600] [Order Approving Trustee's Report of No Distribution and Closing Estate]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                             Case No. 3:05−bk−06290−JAF
                                                                                            Chapter 7

Christopher Russell Newnham

        Debtor(s)       /

ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING ESTATE

   It appearing to the Court that the Trustee has filed his/her report of no distribution and that said Trustee has performed all other duties required in the administration of this estate;

   IT IS ORDERED that the report is approved and that the estate is closed. The Trustee is discharged from and relieved of his/her trust; and the bond of the Trustee is canceled and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   Dated December 6, 2005 .

                                                                                            _____
                                                                                             Jerry A. Funk
                                                                                             United States Bankruptcy Judge

   Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee