[3600] [Order Approving Trustee's Report of No Distribution and Closing Estate]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                            Case No. 3:05−bk−06290−JAF
                                                                  Chapter 7

Christopher Russell Newnham




_____Debtor(s)_____/

ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING ESTATE

It appearing to the Court that the Trustee has filed his/her report of no distribution and that said Trustee has performed all other duties required in the administration of this estate;

IT IS ORDERED that the report is approved and that the estate is closed. The Trustee is discharged from and relieved of his/her trust; and the bond of the Trustee is canceled and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.


Dated December 6, 2005 .


_____
Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: crisoe              Page 1 of 1              Date Rcvd: Dec 06, 2005
Case: 05-06290                 Form ID: 3600             Total Served: 4

The following entities were served by first class mail on Dec 08, 2005.
db          +Christopher Russell Newnham,   7990 Baymeadows Road East, #721,   Jacksonville, FL 32256-2971
aty         +Joseph C. Miller,   Miller & Cooper, P.A.,   13400 Sutton Park Dr. S., #1102,
              Jacksonville, FL 32224-0235
tr           Robert Altman,   PO Box 922,   Palatka, FL  321780922
ust         +United States Trustee - JAX7,   135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2005**                    Signature:  *Joseph Speetjens*